IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC, d/b/a BALFOUR BEATTY COMMUNITIES, | * * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 118-047 |
| MICHAEL MCDONALD, and ANSELIKA MCDONALD, | * * * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's notice of dismissal. (Doc. 4.) Plaintiff's notice was filed prior to Defendants having served either an answer or a motion for summary judgment. Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA